**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| MANUEL COLLAZZO | |
| Plaintiff | No. 2:21-cv-03650-MMB |
| v. | |
| JACKSON CROSS PARTNERS | |
| Defendant | |

**JOINT STIPULATION TO DISMISS PLAINTIFF'S CLAIMS FOR ARBITRATION**

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff, Manuel Collazzo and Defendant, Jackson Cross Partners, that the following Stipulation may be entered as an Order by the Court to give effect to the stipulations set forth below:

1. WHEREAS, on August 16, 2021, Plaintiff filed a Complaint against Defendant in U.S. District Court, Eastern District of Pennsylvania;

2. WHEREAS, the parties had entered into an agreement requiring all disputes between the parties be brought in confidential binding arbitration;

3. WHEREAS, Plaintiff consents to adjudicating his claims in arbitration;

4. WHEREAS, the parties agree that the parties will have sixty (60) days to select an arbitrator;

5. WHEREAS, Plaintiff and Defendant agree that Plaintiff's claims should be dismissed in their entirety without prejudice pursuant to the confidential binding arbitration agreement;

NOW, THEREFORE, Plaintiff and Defendant AGREE AND HEREBY STIPULATE for an Order dismissing Plaintiff's claims against Defendants without prejudice so that the claims between the parties may be brought in arbitration.

Respectfully submitted,

| **MALAMUT & ASSOCIATES, LLC** | **BURNS WHITE** |
|---|---|
| /s/ Mark Natale | /s/ Jeffrey S. Adler |
| Mark R. Natale, Esquire – 316939 | Jeffrey S. Adler, Esquire |
| 457 Haddonfield Road, Suite 500 | 1001 Comshocken State Road, Ste. 1-515 |
| Cherry Hill, NJ 08002 | West Conshocken, PA 19428 |
| (856) 424-1808 (Telephone) | 484-567-5656 |
| (856) 424-2032 (Facsimile) | 484-567-5701 |
| mnatale@malamutlaw.com | jsadler@burnswhite.com |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |

Dated: October 21, 2021

BY THE COURT:

SO ORDERED

 /s/ MICHAEL M. BAYLSON
    MICHAEL M. BAYLSON, U.S.D.J.

Date: 10/22/2021